# United States Court of Appeals
## For the First Circuit

No. 04-2186

GREGORIO IGARTÚA de la ROSA, et al.,

Plaintiffs-Appellants,

v.

UNITED STATES OF AMERICA,

Defendant-Appellant.

ERRATA

The memorandum and order of this court issued on May 12, 2005, should be amended as follows:

On the cover sheet replace "Torruella, Selya, Lynch, Howard and Lipez, Circuit Judges." with "Torruella, Selya, Lynch, Lipez and Howard, Circuit Judges."